AO91 (Rev. 11/11)   Criminal Complaint

# United States District Court
for the

Southern District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Terry HALL**<br>**Houma, LA** | )<br>)<br>)<br>)<br>) | Case Number: |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 5, 2020** in the county of **Webb** in the
(Date)
**Southern** District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 United States Code, Section 1324 | **Knowing and in reckless disregard of the fact that a certain alien had come to, entered, and remained in the United States in violation of law, did transport and move, attempt to transport and move, and conspire to transport and move such alien within the United States, by means of transportation and otherwise, in furtherance of such violation of law.** |

This criminal complaint is based on these facts:

See attachment "A".

[X]   Continued on the attached sheet.

_____
Complainant's Signature

**Mark Jensen, Special Agent**
Printed Name and Title

Sworn to before me and signed in my presence,

Date:   **August 7, 2020**                           _____
                                                      Judge's Signature

City and State:   Laredo, Texas            **Diana Song Quiroga, U.S. Magistrate Judge**
                                                      Printed Name and Title

UNITED STATES OF AMERICA                                                                                          Page 2
      V.
    Terry HALL

**[CONT OF BASIS OF COMPLAINT]**

1. On August 5th, 2020 at approximately 9:43 P.M., Homeland Security Investigations (HSI) Special Agents (SAs) received a request for investigative assistance concerning a possible human smuggling event from the United States Border Patrol (USBP) C-29 checkpoint located on Interstate Highway thirty-five (35), north of Laredo, Texas. This location will hereinafter be referred to as CHECKPOINT. The CHECKPOINT is in Webb County. HSI SAs responded and subsequently arrested Terry HALL for violations of 8 United States Code 1324 and initiated and investigation.

2. HSI SAs interviewed USBP Agents at the CHECKPOINT. A USBP Agent stated, on August 5th, 2020 he was assigned to the primary inspection area of the CHECKPOINT.

3. At approximately 9:15 P.M., a red 2019 International Tractor hauling a white refrigerated trailer, hereinafter referred to as TRACTOR-TRAILER, drove up to the primary immigration inspection area. The USBP Agent identified himself to the driver and stated he was conducting an immigration inspection.

4. The USBP Agent asked the driver, later identified as Terry HALL, if he was alone in the TRACTOR-TRAILER. HALL replied, he was alone and was hauling meat.

5. The USBP Agent stated he was informed by a USBP canine handler that his service canine had alerted to the presence of concealed humans or controlled substances in the TRACTOR-TRAILER. The USBP Agent directed HALL to drive to the secondary inspection area of the CHECKPOINT.

6. Once at the secondary inspection are a USBP Agent instructed HALL to step out of the TRACTOR-TRAILER. HALL exclaimed, "I only picked up the trailer!" with his hands in the air.

7. USBP Agents performed an inspection of the interior of the TRACTOR-TRAILER. USBP Agents discovered fifty-three (53) unknown individuals inside the TRAILER of the TRACTOR-TRAILER. USBP Agents recorded a temperature of seventy-seven (77) degrees Fahrenheit inside the TRAILER of the TRACTOR-TRAILER using a digital thermometer.

8. USBP Agents conducted immigration inspections on the fifty-three (53) unknown individuals and determined they were not United States Citizens and had no documents to be or remain in the United States legally. All occupants of the TRACTOR-TRAILER were placed under arrest and detained at the CHECKPOINT until the arrival of HSI SAs.

9. HSI SAs advised HALL of his Miranda rights. HALL waived his rights and chose to speak to SAs without an attorney present.

10. HALL stated he is employed as a truck driver. HALL stated he agreed to transport the fifty-three (53) unknown individuals found in the TRACTOR-TRAILER to an unknown location for members of a Human Smuggling Organization (HSO). HALL stated he was to be paid thirty-thousand United States Dollars ($30,000) by the HSO.

11. Hall stated he drove the TRACTOR-TRAILER to a truck stop near Laredo, Texas, where he disconnected the TRAILER and departed in the TRACTOR as directed by members of the HSO.

UNITED STATES OF AMERICA                                                                             Page 3
   V.
   **Terry HALL**

**[CONT OF BASIS OF COMPLAINT]**

12.  HALL stated he returned to the truck stop after approximately an hour.  The TRAILER was now closed- up and sealed.  HALL stated he hooked the TRAILER to the TRACTOR and departed the area in the TRACTOR-TRAILER.

13.  HALL stated once he passed the CHECKPOINT, members of the HSO would call him on his cellular phone and instruct him where to deliver the fifty-three (53) unknown individuals.

14.  Material witness Isaul VILLALOBOS-Canales stated he is a citizen of Honduras illegally present in the United States.  VILLALOBOS stated his friend made arrangements with an HSO for him to be smuggled into the United States for nine-thousand United States Dollars ($9,000).  VILLALOBOS stated his destination was Houston, Texas.  VILLALOBOS stated he illegally crossed the Rio Grande River on foot, into the United States on or about August 2nd, 2020.  VILLALOBOS stated he stayed at an unknown warehouse.  VILLALOBOS stated on August 5th, 2020 he was driven to the TRACTOR-TRAILER by an unknown male.  VILLALOBOS stated several other unknown individuals were already in the TRAILER of the TRACTOR-TRAILER when he entered it.  VILLALOBOS stated after a short time an unknown male closed the doors of the trailer.  VILLALOBOS stated he never saw the driver of the TRACTOR-TRAILER.

15.  Material witness Arturo CASTILLO-Morales stated he is a citizen of Mexico illegally present in the United States.  CASTILLO stated he made arrangements with an HSO to be smuggled into the United States for nine-thousand United States Dollars ($9,000).  CASTILLO stated his destination was Virginia.  CASTILLO stated he illegally crossed the Rio Grande River by foot, into the United States on or about July 26th, 2020.  CASTILLO stated he stayed at various unknown locations.  CASTILLO stated on August 5th, 2020, he was driven to the TRACTOR-TRAILER by an unknown male.  CASTILLO stated several other unknown individuals were already in the TRAILER of the TRACTOR-TRAILER when he entered it.  CASTILLO stated after a short time an unknown male closed the doors of the trailer.  CASTILLO stated he never saw the driver of the TRACTOR-TRAILER.

16.  Material witness Adrian ORTEGA-Ortega stated he is a citizen of Mexico illegally present in the United States.  ORTEGA stated he made arrangements with an HSO to be smuggled into the United States for eight-thousand United States Dollars ($8,000).  ORTEGA stated his destination was Tampa, Florida.  ORTEGA stated he illegally crossed the Rio Grande River by inner tube into the United States, on or about August 1st, 2020.  ORTEGA stated he stayed at an unknown residence.  ORTEGA stated on August 5th, 2020, he was driven to the TRACTOR-TRAILER by an unknown male.  ORTEGA stated he never saw the driver of the TRACTOR-TRAILER.

**END**